UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:19-CV-505-J-32JRK

STRIKE 3 HOLDINGS, LLC,
    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 71.199.255.8,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please take note that David Naples and John J. Spence of Naples and Spence, Attorneys at Law, PLLC hereby enter an appearance on behalf of the Defendant JOHN DOE subscriber assigned IP address 71.199.255.8. Contact information and designated service email is in the signature block below.

Respectfully submitted:

Naples & Spence, Attorneys at Law, PLLC
2807 North Tenth Street, Suite 7
St. Augustine, Florida 32084
(904) 657-7117 (main)
(904) 429-1351 (fax)

**For service of court documents only:** service@naplesandspencelaw.com

*/s/ David D. Naples, Jr.*
_____

 David D. Naples, Jr.
Florida Bar No. 99064
John J. Spence
Florida Bar No. 70724

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 20th day of June, 2019 to Plaintiff's Counsel via electronic means.

*/s/ David D. Naples, Jr.*
_____
**Attorney**